Eastern District of Kentucky
FILED

FEB 18 2025

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

Woodrow C. Bressler

    Petitioner

    V

Case No. 5:25-CV-43-REW

Donald J. Trump P.O.T.U.S.
Elon Musk D.O.G.E.
Unlnown Persons collaberating
with D.O.G.E.

    Defendants

U.S Circuit Court for the
Eastern District of
Kentucky
Lexington, Ky.

----------------------------------------------------------------

Prologue
---

I would like to inform this Court with a bit
of background about who I am, and why I feel
the need to present this petition to the Court:
And what the "source(s)" of information are
which are the basic underpinnings of his Petition.

I am a 70 year old US Army [disabled] veteran,
who has only 7.5 years of "Formal" education, residing
in a "rural" area of Ky. [Within the Eastern District].
I am currently taking care of my girlfriends' mother,
who is 90 years old. The space where I am typing
this may, perhaps, be smaller than a "jail cell".

1

My girlfriend has very serious health problems, and I am not in great shape myself.

I have an "Internet" connection, which is where I get nearly "all" of my "outside information" and I consume quite a bit of "media" from different sources: CBS, MSNBC, Fox News, etc. I am "apolitical". I have "no affiliation" with ANY Party!

I would venture to say that almost ALL of the information contained within this filing is "common knowledge" and "widely known" as "universal truth."

Any further statements the Affiant sayeth naught.

Respectfully Submitted;

Woodrow C. Bressler _Woodrow C. Bressler Jr_

Dated this 14 Day of February in the year 2025.