Woodrow C. Bressler

    Petitioner

        V

                              Case No. _____

Donald J. Trump P.O.T.U.S.
Elon Musk D.O.G.E.
Unlnown Persons collaberating
with D.O.G.E.

    Defendants

                              U.S Circuit Court for the
                              Eastern District of
                              Kentucky
                              Lexington, Ky.

------------------------------------------------------------

Memorandum in Support of Case

Petitioner herin asserts that, between the time he [Trump] was "sworn in" [Jan. 3rd, 2025]; and the time of the filing of this Petition, That:

I. Donald J. Trump violated Constitutional Law by "creating" a[n] "illegitimate" Department Agency [D.O.G.E.] with--out the "Advice and Consent" of Congress in violation of Article 2, Section 2, Clause 2 of the U.S. Constitution.

II. That Donald J. Trump [herein referred to as DJT], further violated the abovementioned Article(s) by Appointing a "Department Head" [Elon Musk], without the

1

Advise and Consent of Congress.

III. That DJT has "Publicly" called [some] Military Leader(s) "Treason[ists]", and "Disloyal"; and others he "disparaged" [John McCain] and called them "Suckers and Losers". He [DJT] advocates mass removal of "specific" group(s) of individuals from the Military, thereby REDUCING our Nations' readyness and "interfering" with "military operation(s)". This tends to "erode" the effectiveness of "recrutment of new member(s)". In violation of the Espionage Act of 1917.

IV. That DJT illegally "Authorized" a[n] illegitimate Agency with a[n] illegitimate Head to Unlawfully "Coerce" Valid Government employee(s) to divulge sensitive, compartmentalized, and, in many cases, Personally Identifying Information; as well as Lawfully Protected computer code. In violation of the Computer Fraud and Abuse Act.

V. That Elon Musk, acting as illegitimate Agency Head, did employ "outside actors" to penetrate and infiltrate Government [secure] Computer System(s) of the[se] several different agency(s); in violation of the CFAA.

VI. That DJT "authorized" Elon Musk [D.O.G.E.] and unknown and unnamed subordinates to "repeat" [these same] violations in several different Departments within the United States Government.

VII. That DJT and Elon Musk "conspired together" to use [all] information [illegally obtained] along with "unauthorized access" to computer system(s) to violate the "Shared Authority" of the Legislative and Executive Branches of Government through "unilateral confiscation of Congress--ionally Approved and Appropriated Funding for [various] Global Government initiative(s)".

VIII. That DJT and Elon Musk "conspired together" to use "illegally obtained" information to "expose" legitimate employees of the Government to Termination, Mental Distress, and [possibly] Retaliation from violent, non-regulated, armed, lawless, illegitimate militia(s); who support DJT and the "M.A.G.A. Movement".

IX. That DJT and Elon Musk "conspired together" to "retain" [the] Personally Identifying Information on every American Citizen both within, and outside the United States; for further[ing] "Criminal Enterprise(s)" yet to come.

X. That Petitioner may "reasonably assume" that all [everything] about Petitioner, His/Her Family, Friends, and Neighbors, has been "compromised" and Th[is] information may be used to "cause irreversible harm" to same.

XI. That Espionage IS NOT covered by the "Free Speech" laws.

XII. That Elon Musk, in his illegitimate capacity as head of D.O.G.E., along with the[se] as yet unknown actors" did "exfiltrate" Lawfully Protected information [in several different Departments] for the sole purpose of using that information for the purpose[es] of "extortion".

XIII. That "Espionage" is NOT covered by the Free Speach law(s) at the Federal or State level of Government.

XIV. That the S.C.O.T.U.S. Decision(s) in Trump-v-US should NOT apply in the instant case for the following reasons:Because,the Petitioner believes that Decision violates the Provisions set forth in the Constitution which set forth the "limits' of "Presidential Power". However; Petitioner wishes to use yet another case that the S.C.O.T.U.S. decided to show "repeated" error(s) in the Courts' Logic and Reasoning.

## The Logic

1. Trump-v-US: In that case the S.C.O.T.U.S. separated the Presidential Power into three categories. And THAT was the first, "in a comedy of errors". To demonstrate my point, Petitioner would point out to this Court that in the above mentioned case that Court said that " Core Dutiy(s) have 'Total Immunity',..and cannot be reviewed by The Legislative or Judicial branch[es]'. Which

violates the Constitutionally Mandated authority of the Legislative Branch to "Impeach for High crime(s) and Misdemeaner(s)"! It is, to this Petitioner, INSANE for the Highest Court in "this land of Liberty" to attempt to separate the President from the Law!

### The Reasoning

The Courts' Reasoning is as silly as its' Logic! It held that a President would be "reluctant" to act if "burdened" with facing lawsuits and criminal charges. Exactly! That's why Presidents should'nt be doing what DJT and Elon Musk are doing! However; "fear of punishment" is NOT what determines a "strong" President; It's CHARACTER! A "strong" leader of Nation(s) is, first of all; Qualified! Ready and Able to confidently lead His/Her people through good times, and bad. Ready Able, and Willing to "Defend every aspect of the Law"!

### The Logic

2. Trump-v-Anderson: In this case the S.C.O.T.U.S. Court held that "The States can regulate ALL other aspects of the Election process "except" President/Vice President. Once again they use "separation" to "deny" a State of the[ir] Right to controll "every" aspect of the[ir] Electiorial process.
By holding that "Section three" of the Sixteenth Amendment of the Constitution "was NOT self actuating" the Court destroyed the "Check and Balance" aspect of our Constitution.
Our Constitution was designed to "allow" any/all States to challenge [through the Judiciary] the "validity" of an[y] Candidate(s) through a[n] election Commision or "other Legally Designated Authority". And US Congress has the "Ability to Remove such Disability"! Check! Balance!

### The Reasoning

The "Patchwork Theory"! [I wonder which Justice came up with THAT ONE!]

4

And FINALLY [Ladies and Gentlemen]:

The Fucking Result!

---

The Result of these two RIDICULOUS decisions is that a[n] KNOWN Insurrectionist was allowed to proceed to the Highest Office of the[se] UNITED States and proceed to violate even MORE Laws! And "Bob's yur Uncle!

XV. That Petitioner has been severely impacted by the action(s) of the above named Defendants; mentally, financially, emotionally, and Spiritually.

XVI. That the allegation(s) contained within this Petition affect every level of our National Security; as well as the Peace and Dignity of...We The People!

And to prevent further criminal act(s) by the Defendants; I humbly ask this Honorable Court to Act HASTILY; without delay.

Anything else in furtherance of this pleading at this time; the Affiant sayeth naught.

Respectfully Submitted;

Woodrow C. Bressler _Woodrow C. Bressler Jr._

Dated this 14 Day of February in the year 2025.